KEITH JOHNSON *v.* STATE OF CONNECTICUT

The petitioner Keith Johnson's petition for certification for appeal from the Appellate Court, 36 Conn. App. 59 (AC 12591), is denied.

BERDON, J., dissenting. I would grant the petition for certification for review filed by the petitioner Keith Johnson.

*Brian J. Kornbrath,* in support of the petition.

*James M. Ralls,* assistant state's attorney, in opposition.

Decided December 22, 1994

ROBERT GELORMINO ET AL. *v.* ALEXANDER LIBERMAN
ALEXANDER LIBERMAN *v.* ROBERT GELORMINO ET AL.

The petition of Robert Gelormino and Shirley Gelormino for certification for appeal from the Appellate Court, 36 Conn. App. 153 (AC 12671), is denied.

*Zbigniew S. Rozbicki,* in support of the petition.

*John P. Febbroriello,* in opposition.

Decided December 22, 1994

CTB MERIDEN PROPERTIES, INC. <em>v.</em><br>JANET S. CURRY ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 36 Conn. App. 907 (AC 13127), is denied.

*F. Woodward Lewis, Jr.,* in support of the petition.

*Thomas A. Kaelin,* in opposition.

Decided December 22, 1994